UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DENNIS E. SMITH, On Behalf of Himself and All Others Similarly Situated,<br>　　　　　　Plaintiff<br><br>v.<br><br>VASO ACTIVE PHARMACEUTICALS, INC., STEPHEN G. CARTER and JOHN J. MASIZ, ET AL<br>　　　　　　Defendants | C.A. No. 04-10708-RCL |
| CHRISTOPHER PEPIN, Individually and On Behalf of All Others Similarly Situated,<br>　　　　　　Plaintiff<br><br>v.<br><br>VASO ACTIVE PHARMACEUTICALS, INC., STEPHEN G. CARTER and JOHN J. MASIZ, ET AL<br>　　　　　　Defendants | C.A. No. 04-10763-RCL |
| KOUROSH ALIPOR, Individually and On Behalf of All Others Similarly Situated,<br>　　　　　　Plaintiff<br><br>v.<br><br>VASO ACTIVE PHARMACEUTICALS, INC., STEPHEN G. CARTER and JOHN J. MASIZ, ET AL<br>　　　　　　Defendants | C.A. No. 04-10877-RCL |

|  |  |
|---|---|
| MODHI GUDE and ARJI GAUTHAMI, On Behalf of Themselves and All Others Similarly Situated,<br>　　　　　　　Plaintiff<br>v.<br>VASO ACTIVE PHARMACEUTICALS, INC., STEPHEN G. CARTER and JOHN J. MASIZ, ET AL<br>　　　　　　　Defendants | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)    C.A. No. 04-10789-RCL |

ORDER FOR CONSOLIDATION

It is hereby ordered that the above-captioned cases be and they hereby are consolidated for all purposes. The consolidated cases shall be captioned *"In Re Vaso Active Pharmaceuticals Securities Litigation"* and they will bear docket no. 04-10708-RCL. All of the individual cases, except case no. 04-10708-RCL, will be closed and terminated on the court's docket. All securities actions filed in this court, as related to the consolidated cases, will be consolidated with *In Re Vaso Active Pharmaceuticals Securities Litigation*.

　　SO ORDERED.

　　　　　　　　　　　　　　　　　　　　　/s/ REGINALD C. LINDSAY
　　　　　　　　　　　　　　　　　　　　　United States District Judge

DATED: May 11, 2004